■ JOHN O. JACKSON et al., Respondents, v RICHARD LA TORRE, Doing Business as LA TORRE ORTHOPEDIC LABORATORY, Appellant, and JAMES W. NELSON, Respondent. — Motion for extension of time to perfect appeal granted, and time extended for 30 days following the date of the Court of Appeals determination of the appeal in *Calhoun v Pickett* (77 AD2d 776, mot for lv to app granted 78 AD2d 717).

## (January 21, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v RICHARD MM., Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ALBERT MM., Defendant. — Motion to dismiss appeal from an order of the County Court of Greene County, dated September 26, 1980, which denied defendants' motion pursuant to CPL 440.10, granted. An appeal from an order denying CPL 440.10 motion does not lie as of right (see CPL 450.15, subd 1; 450.10). Mahoney, P. J., Sweeney, Kane, Mikoll and Herlihy, JJ., concur.